SOUTHERN SURETY COMPANY, Respondent, v. LUTHER M. RANKIN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

JANET DELONG CULLOM, as Administratrix, etc., of JOSEPH J. DELONG, Deceased, Appellant, v. SAMUEL C. STEINHARDT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

JOHN S. SORENSON and Another, Copartners, etc., Appellants, v. KEESEY HOSIERY COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

ABRAHAM NAHON, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, Merrell, McAvoy and Martin, JJ.

MARY DE CARLO, Doing Business under the Trade Name, etc., Respondent, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

IB NYBOE PASGAARD, as Administrator, etc., of KAREN SYLVIA PASGAARD, Deceased, Appellant, v. LOUISA GUMPH, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

ALICE BOOTH, Appellant, v. FREDERIC A. JUILLIARD and Another, Respondents, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., of FREDERICK WESCHE, Deceased, etc., Appellant, Respondent, v. ERNEST T. GREINER, Respondent, Appellant, Impleaded with A. B. LEACH & Co., INC., and Another, Respondents.— Order so far as appealed from affirmed, without costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

EMMA R. GREGORY, Respondent, v. GEORGE N. GREGORY, Appellant.— Order reversed and motion denied, with leave to renew the motion for a proper bill of particulars on proper papers. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

DOUGLAS LORNE McGIBBON, Respondent, v. EDWIN W. ORVIS and Others, Copartners, etc., Appellants.— Orders reversed, with ten dollars costs and disbursements, and motion for examination before trial denied, with ten dollars costs, with leave to plaintiff to move for a proper order for the examination of the parties on proper papers. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MARIE G. ROSHEK, Appellant, Respondent, v. FRANK H. ROSHEK, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

MURRAY S. WEBBER, Respondent, v. THADDEUS L. WALKER, Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The bill